```
           IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                       DIVISION OF ST. CROIX

JOSE ILLARAZA                  :         CIVIL ACTION
                               :
        v.                     :
                               :
HOVENSA LLC                    :         NO. 07-125

               ------------------------------

LUIS ILLARAZA                  :         CIVIL ACTION
                               :
        v.                     :
                               :
HOVENSA LLC                    :         NO. 08-59
```

ORDER

AND NOW, this 10th day of November, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that judgment is entered in favor of defendant HOVENSA, LLC and against plaintiffs Jose Illaraza and Luis Illaraza.

```
                          BY THE COURT:


                          /s/ Harvey Bartle III_____
                          HARVEY BARTLE III          J.
                          SITTING BY DESIGNATION
```